**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) | No. 11 C 7777 |
| Plaintiffs, | ) ) | Judge Gettleman |
| v. | ) ) ) | Magistrate Judge Cole |
| MGM GLASS, INC., an Illinois Corporation, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, by and through their attorneys, and, in their Motion for Judgment in Sum Certain, state as follows:

1. On November 2, 2011, Plaintiffs filed their Complaint against Defendant seeking an ERISA fringe benefit contribution audit, and judgment for any amounts determined to be due under the audit;

2. Plaintiffs' auditor has completed his audit of Defendant, and determined the following amounts to be due:

    a. $15,435.20 to the Pension Fund;
    b. $23,563.20 to the Welfare Fund;
    c. $1,435.20 to the Apprenticeship Fund;
    d. $296.00 to the S.T.A.R. Fund;
    e. $104.00 to the Local Political Committee;
    f. $1,611.20 in Union dues;
    g. $630.00 in audit costs. See Ex. A.

3.      Defendant's Collective Bargaining Agreement mandates the assessment of fifteen percent liquidated damages on delinquent contributions, which in this case total $6,382.32.

4.      Defendant further owes Plaintiffs $627.26 in prior late payment assessments for the months of March 2010 and July 2011, and $296.00 for a discrepancy from July 2011.

5.      Plaintiffs' attorneys' fees and costs in this matter total $7,100.00.  See Ex. B.

WHEREFORE, for all the foregoing reasons, Plaintiffs pray for:

A.      The entry of judgment for Plaintiffs and against Defendant in the amount of $57,584.38;

B.      Any other relief this Court deems just and equitable.

Respectfully submitted,

**TRUSTEES OF THE GLAZIERS, ARCHIECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS**

By: s/Andrew S. Pigott
      One of their Attorneys


Donald D. Schwartz
Andrew S. Pigott
**ARNOLD AND KADJAN**
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312) 236-0415