**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | No. 11 C 7777 |
| Plaintiffs, | ) ) | Judge Gettleman |
| v. | ) ) | Magistrate Judge Cole |
| MGM GLASS, INC., an Illinois Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## **MOTION FOR JUDGMENT**

NOW COME the Plaintiffs, TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LCOAL UNION NO. 27 WELFARE AND PENSION FUNDS, by and through counsel, and, in their Motion For Judgment, state as follows:

1. This Court awarded Plaintiffs a $57,584.38 judgment against Defendant, MGM GLASS, INC., on September 25, 2012.

2. Defendant continues to owe Plaintiffs $54,205.74 on the judgment.

3. On November 29, 2012 , in an attempt to collect on that judgment, Plaintiffs served a citation to discover assets on HEIGHTS GLASS & MIRROR, INC.'s registered agent. See Ex. A.

4. As required by Federal Rule of Civil Procedure 69 and Illinois Code of Civil Procedure section 2-1402 (735 ILCS 5/2-1402 (West 2012)), the citation served on HEIGHTS GLASS & MIRROR contained the following admonition:

1

>**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Defendant or to which they may be entitled or which may be acquired by or become due to them and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to them, until the further Order of this Court or termination of these proceedings. \*\*\*.
>
>**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.**

5. After receiving service of the citation, HEIGHTS GLASS & MIRROR tendered four payments to Judgment Debtor MGM GLASS, INC. totaling $8,617.80. See Ex. B.

6. Plaintiffs advised Citation Respondent HEIGHTS GLASS & MIRROR that it would, therefore, require it to compensate the Funds for the amounts that should have been withheld pursuant to the citation, but HEIGHTS GLASS & MIRROR did not respond. See Ex. C.

WHEREFORE, Plaintiffs ask this Court to award them judgment against Citation Respondent HEIGHTS GLASS & MIRROR, INC. in the amount of $8,617.80 and any other relief this Court deems just and equitable.

Respectfully submitted,

**TRUSTEES OF THE GLAZIERS, ARCHIECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS**

By:    s/Andrew S. Pigott
       One of their Attorneys

Donald D. Schwartz
Andrew S. Pigott
**ARNOLD AND KADJAN**
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312) 236-0415